fiable under the *eo nomine* provision for such articles in paragraph 1558, as modified, *supra*.

The conclusion makes it unnecessary to review the effect of the concession made by Government counsel in the incorporated case, Abstract 66910, *supra*, admitting the correctness of plaintiff's claim, and which is the subject of much discussion in the briefs filed herein by counsel for the respective parties. Consideration has been given to all of the cases and authoritative references cited by both counsel, but mention has been made only of those cases that lend support to the reasoning followed and the conclusion reached.

On the basis of the combined records before us and for all of the reasons hereinabove set forth, we hold, as we did in the incorporated case as to the merchandise classified by similitude in use to india rubber, that the rainwear in question is properly dutiable at the rate of 8½ per centum ad valorem under the provision in paragraph 1558, as modified, *supra*, for synthetic rubber articles, as claimed by plaintiff.

The protest is sustained and judgment will be rendered accordingly.

**No. 68020.**—Castelazo & Associates and Stubbs, Condon & Co. et al. *v.* United States, protests 58/8012, etc. (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiffs was sustained.

**No. 68021.**—Felix Glatz Import Corp. *v.* United States, protest 62/14178 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiff was sustained.

**No. 68022.**—Rex Sales Co. and H. B. Thomas & Co. *v.* United States, protest 62/15631 (San Francisco).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiffs was sustained.